ALFRED W. CHILCOTT, Appellant, *v.* THE BROADWAY BREWING AND MALTING COMPANY, Respondent, Impleaded with Another.

*Chilcott* v. *Broadway Brewing & Malting Co.*, 149 App. Div. 931, affirmed.

(Argued March 9, 1914; decided March 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 13, 1912, affirming a judgment in favor of defendant entered upon the report of a referee in an action to restrain defendant from removing a liquor tax certificate from premises where plaintiff was engaged in the saloon business.

*John J. Sullivan* for appellant.

*Vernon Cole* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.